GREENIE TROTTER v. THE STATE.

No. 8637.   Decided June 11, 1924.

Rehearing denied November 5, 1924.

**Theft—Facts Sufficient.**

In this case there are no bills of exception contained in the record, and the evidence is found to be sufficient to support the verdict, and the cause is affirmed.                                                          . , .l

Appeal from the District Court of Wichita County.   Tried below before the Hon. P. A. Martin, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

The opinion states the case.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for theft with punishment assessed at two years in the penitentiary.

The property alleged to have been stolen was forty-one joints of oil well tubing, alleged to have been the property of one J. F. Smith. Smith was superintendent of an oil company and the proof is positive that about the time alleged in the indictment as much as forty-one joints of two-inch oil well tubing was stolen which was property belonging to said company and under the control of said Smith. One McBride was used as a witness by the State. He testified that he and appellant acted together in the theft of the property in question and sold it to one Plank, taking in payment for the pipe so stolen two checks, one payable to each of the parties. Other evidence is amply sufficient to corroborate McBride relative to the matters testified to by him, and to support the verdict of the jury. There are no bills of exception in the record and the sufficiency of the evidence is the only question before us.

The judgment is affirmed.

*Affirmed.*